534 A.2d 686

Joseph P. BORNSTEIN, Executor of the
Estate of Meyer Morse

v.

Charles HELFERSTAY et al.

No. 78, Sept. Term, 1987.

Court of Appeals of Maryland.

Dec. 18, 1987.

William Alden McDaniel, Jr. (Murphy & McDaniel, on brief), Baltimore, for appellant.

David Freishtat (Freishtat & Sandler, on brief), Baltimore, for appellee.

Argued before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

## ORDER

The petition for a writ of certiorari in the above entitled case, having been granted and heard, it is this 18th day of December, 1987

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed petition having been improvidently granted, and the costs to be evenly divided between the parties.